UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARRY MERRICK AND DEBORAH MERRICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-7811** |
| **STATE FARM FIRE & CASUALTY COMPANY,** *et al.* | **SECTION: I/1** |

<u>**ORDER**</u>

Considering the foregoing joint motion to dismiss,[1]

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, December __12th__, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 28.